**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 97-7592**

————————————

STEVEN WHISENANT; RICHARD LAMAR FENSTERMACHER,

Plaintiffs - Appellants,

versus

RONALD ANGELONE, Director of Virginia Depart-
ment of Corrections; LARRY W. HUFFMAN, Region-
al Director; G. P. DODSON, Warden, Coffeewood
Correctional Center,

Defendants - Appellees.

————————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-96-234-R)

————————————

Submitted:  April 29, 1998          Decided:  May 14, 1998

————————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Steven Whisenant, Richard Lamar Fenstermacher, Appellants Pro Se.
Collin Jefferson Hite, SANDS, ANDERSON, MARKS & MILLER, Richmond,
Virginia, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on Sept. 29, 1997; Appellants' notice of appeal was filed on Nov. 3, 1997, which is beyond the thirty-day appeal period. Appellants' failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Appellants' appeal. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2